PHOUMY KAM, APPELLEE,
v. IBP, INC., APPELLANT.
694 N.W.2d 658

Filed April 8, 2005. No. S-03-481.

Riko E. Bishop and Joseph F. Bachmann, of Perry, Guthery, Haase & Gessford, P.C., L.L.O., and Bruce M. Smith for appellant.

Rod Rehm, of Rehm, Bennett & Moore, P.C., L.L.O., for appellee.

HENDRY, C.J., WRIGHT, CONNOLLY, GERRARD, STEPHAN, McCORMACK, and MILLER-LERMAN, JJ.

Per Curiam.

Having reviewed the briefs and record and having heard oral arguments, we conclude on further review that the decision of the Nebraska Court of Appeals in *Kam v. IBP, inc.*, 12 Neb. App. 855, 686 N.W.2d 631 (2004), is correct and accordingly affirm the decision of the Court of Appeals.

Affirmed.